1

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | ) | |
| | ) | |
| Plaintiff, | ) | DECLARATION OF TAKING |
| | ) | |
| vs. | ) | '08 CV 0289  J  AJB |
| | ) | |
| 1.63 ACRES OF LAND, MORE OR LESS, | ) | CIVIL NO. |
| | ) | |
| SITUATE IN SAN DIEGO COUNTY, STATE OF | ) | |
| | ) | |
| CALIFORNIA; AND SECURITY TITLE INSURANCE | ) | |
| | ) | |
| COMPANY, ET AL. | ) . | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

3
4
5
6
7
8
9
10
11
12

I, Robert Janson, Acting Executive Director, Asset Management,
Department of Homeland Security, U.S. Customs and Border Protection, under
the authority delegated to me by the Act of Congress approved November 25,
2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C.
Sections 202, 251, 551, and 557, which transferred certain authorities of
the Attorney General to the Secretary of Homeland Security; and by DHS
Delegation No. 7010.3(II)(B), which delegated land acquisition authority
from the Secretary of Homeland Security to the Commissioner of U.S. Customs
and Border Protection; and by CBP Delegation 05-006, which delegated land
acquisition authority to the Executive Director of Asset Management, do
hereby make the following declaration:

1.    The property is hereby taken under and in accordance with the
authorities set forth in Schedule "A" attached hereto and made a part
hereof.

Declaration of Taking

1    2.    The public purpose for which said property is taken is set forth
2 in Schedule "B" attached hereto and made a part hereof. The said property
3 has been selected under my direction for acquisition by the United States
4 for the above-referenced project in San Diego County, State of California.

5
6    3.    A general description of the land being taken is set forth in
Schedule "C" attached hereto and made a part hereof.
7

8    4.    A plan showing the property being taken is shown on Schedule "D"
9 attached hereto and made a part hereof.
10

11    5.    The estate taken is described on Schedule "E" attached hereto
12 and made a part hereof.

13
14    6.    The sum estimated by the undersigned as just compensation for
the land being taken is set forth in Schedule "F" attached hereto and made a
15 part hereof. The undersigned is of the opinion that the ultimate award for
16 said land probably will be within any limits prescribed by law to be paid
17 therefor.

18
19    7.    The names and addresses of known parties having or claiming an
20 interest in said property are set forth in Schedule "G" attached hereto and
21 made a part hereof.

22

23

24

25

Declaration of Taking

1   IN  WITNESS  WHEREOF,  the  undersigned,  Acting  Executive  Director,  Asset

2   Management,  Department  of  Homeland  Security,  U.S.  Customs  and  Border

3   Protection,  hereunto  subscribes  his  name  by  direction  of  the  Secretary  of

4   the Department of Homeland Security, this  09  day of  January  , 2008

5   in the City of Washington, District of Columbia.

6

7                    _____

8                    Robert Janson

9                    Acting Executive Director, Asset Management

10                   Department of Homeland Security

11                   U.S. Customs and Border Protection

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                         Declaration of Taking

1

2

SCHEDULE "A"
AUTHORITY FOR THE TAKING

3    The property is taken under and in accordance with the Act of Congress

4  approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C.

5  Section 3114, and the Act of Congress approved August 1, 1888, as

6  25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts

7  supplementary thereto and amendatory thereof; the Act of Congress approved

8  September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat.

9  3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) &

10  note; and the Act of Congress approved October 4, 2006, as Public Law 109-

11  295, Title II, 120 Stat. 1355, which appropriated the funds which shall be

    used for the taking.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

Declaration of Taking

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SCHEDULE "C"
LEGAL DESCRIPTION

A portion of the tract of land currently used as a right of way and identified on the attached Schedule "D", situate in Section 8, Township 18S, Range 8E, San Bernardino Principle Meridian, County of San Diego, State of California; the entire tract is also known as Assessors Parcel Numbers 6601102100, 6601102300, 6601400800, and 6601500100, San Diego County, California.

Containing 1.63 acres, more or less, for the portion taken.

Declaration of Taking

1

SCHEDULE "D"

2



3

4

5

6

7

8

9

10

11

12  A portion of the tract of land currently used as a right of way situate in

13  Section 8, Township 18S, Range 8E, San Bernardino Principle Meridian, County

14  of San Diego, State of California; the entire tract is also known as

15  Assessors Parcel Numbers 6601102100, 6601102300, 6601400800, and 6601500100,

    San Diego County, California.

16

17  Containing 1.63 acres, more or less, for the portion taken.

18

       **— PROPOSED TAKING (Acquisition)**

19

20

21

22

23

24

25

1

2

SCHEDULE "E"
ESTATE TAKEN

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

The estate taken is a temporary, assignable easement beginning on the
date possession is granted to the United States and ending 180 days later,
consisting of the right of the United States, its agents, contractors, and
assigns to enter in, on, over and across the land described in Schedule "C"
to survey, make borings, and conduct other investigatory work for the
purposes described in Schedule "B" and to access adjacent lands; including
the right to trim or remove any vegetative or structural obstacles that
interfere with said work; reserving to the landowners, their successors and
assigns all right, title, and privileges as may be used and enjoyed without
interfering with or abridging the rights hereby acquired; subject to
minerals and rights appurtenant thereto, and to existing easements for
public roads and highways, public utilities, railroads and pipelines.

Declaration of Taking

1

SCHEDULE "F"
ESTIMATE OF JUST COMPENSATION

2

3        The sum estimated as just compensation for the land being taken is ONE

4    HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the

5    registry of said Court for the use and benefit of the persons entitled

6    thereto; and, an additional sum determined at the conclusion of the

7    temporary estate described in Schedule "E" to constitute actual damages, if

8    any.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Declaration of Taking

1

SCHEDULE "G"
NAMES AND ADDRESSES OF PURPORTED OWNERS:

2

3
Security Title Insurance Company
P.O. Box 121609
San Diego, CA   92112
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Declaration of Taking